UNITED STATES of America,
Plaintiff—Appellee,

v.

**Rene SIGALA–MARISCAL, aka
Rene Sagala, Rene Sigala,
Defendant—Appellant.**

No. 06–10608.

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2007.*

Filed April 20, 2007.

Robert Don Gifford, II, Esq., USRE–Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Donald C. Gish, Esq., Sparks, NV, for Defendant–Appellant.

Before: O'SCANNLAIN, GRABER, and CLIFTON, Circuit Judges.

### MEMORANDUM **

Rene Sigala–Mariscal appeals from the 41–month sentence imposed following his guilty-plea conviction for unlawful reentry by a deported alien, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Sigala–Mariscal contends that the district court erred by failing to consider the disparity between his sentence and sentences imposed upon unlawful reentry defendants in districts with fast-track sentencing programs. This contention is foreclosed. *See United States v. Marcial–Santiago,* 447 F.3d 715, 718–19 (9th Cir. 2006).

**AFFIRMED.**